UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROBERT LEE BROWN,

    PETITIONER,

-vs-                                       Case No. 1:16-cv-00042-WTH-CJK

JULIE L JONES,

    RESPONDENT.
_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING PETITION FOR WRIT OF HABEAS CORPUS, AND DENYING CERTIFICATE OF APPEALABILITY**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 18, 2017. (ECF No. 19). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

ORDERED AND ADJUDGED:

1.    The Magistrate Judge's Report and Recommendation, ECF No. 19, is adopted and incorporated by reference in this order.

2. The Clerk is directed to enter a judgment which states: "Petitioner's Amended Petition for Writ of Habeas Corpus, ECF No. 4, is DENIED WITH PREJUDICE.  Petitioner is denied a certificate of appealability."  The Clerk is directed to close the file.

DONE and ORDERED at Gainesville, Florida this 30th day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE